

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFFREY D. KAMLET, M.D.   CASE NO. 05-22492-CIV-UNGARO BENAGES
                          Magistrate Judge O'Sullivan

*Plaintiff,*

v.

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY,

*Defendant.*
_____/

### NOTICE OF SETTLEMENT

Plaintiff, Jeffrey D. Kamlet, M.D. ("Kamlet"), by and through undersigned counsel hereby notifies this Court that the above matter has been amicably settled; the settlement is anticipated to be finalized within ten (10) days.

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**
100 S.E. Second Street
Suite 2150
Miami, FL 33131
(305) 577-3996
(305) 577 3558 *facsimile*

_____
Brenton N. Ver Ploeg
Florida Bar No. 171470
bverploeg@vpl-law.com
**Christine A. Gudaitis**
Florida Bar No. 0502693
cgudaitis@vpl-law.com

CASE NO. 05-22492-CIV-UNGARO BENAGES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was furnished by facsimile transmission and U.S. mail this 17 day of March 2006 to: Jeffrey L. Williams, Esq., Jorden Burt LLP, Suite 201, 175 Powder Forest Drive, Simsbury, CT 06089 and to Todd M. Fuller, Esquire, Jorden Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131.

Christine A. Gudaitis

2

56855_1.DOC
K500-102

Notice of Settlement

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558